[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
March 15, 2007
THOMAS K. KAHN
CLERK

_____

No. 06-13591
Non-Argument Calendar

_____

D. C. Docket No. 05-00458-CR-UWC-PWG

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MICHAEL DEANGELO GRIFFIN,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

**(March 15, 2007)**

Before TJOFLAT, BARKETT and HULL, Circuit Judges:

PER CURIAM:

Michael Deangelo Griffin appeals his convictions for possession with intent

to distribute cocaine base and possession of a firearm in furtherance of a drug trafficking crime, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 924(c)(1)(A)(i), respectively. Griffin stipulated at trial that two guns were found in his apartment, and that a gun, bulletproof vest, and ID badge were found in his car, and failed to object to testimony concerning these items. Nonetheless, Griffin now argues that the introduction of this evidence was unnecessarily cumulative and suggestive in violation of Fed. R. Evid. 403. Under these facts, we find no error in the admission of these items into evidence.

**AFFIRMED**